UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGLIN LI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY.,<br><br>　　　　Defendant. | **Case No. 4:24-cv-00117-YGR**<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 24, 2025, at 2:00 p.m. |
| REFERRED TO PRIVATE MEDIATION TO BE COMPLETED BY: | April 21, 2025 |
| NON-EXPERT DISCOVERY CUTOFF: | November 27, 2024 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 13, 2025<br>Rebuttal: February 13, 2025 |
| EXPERT DISCOVERY CUTOFF: | April 14, 2025 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE FILED BY: | May 6, 2025 |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | August 15, 2025, at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 22, 2025 |
| PRETRIAL CONFERENCE: | Friday, September 5, 2025, at 2:00 p.m. |
| TRIAL DATE: | Monday, September 22, 2025, at 8:00 a.m. (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. Parties are also advised to carefully review the Standing Order's sections on sealing procedures and experts, as they contain requirements specific to this Court. *See* Standing Order Sections 9 & 10, respectively.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, August 15, 2025 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

As set forth above, the parties are **REFERRED** to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by May 10, 2024 by filing a JOINT NOTICE. A compliance hearing shall be held on Friday, May 17, 2024, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By May 10, 2024, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 2, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**